# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| DENNIS PICARD, | ) |
|     Plaintiff | ) ) ) |
| v. | ) Docket No. 1:15-cv-00294-GZS ) ) |
| COUNTY OF KENNEBEC; KENNEBEC COUNTY SHERIFF'S OFFICE; RYAN P. REARDON; and ALFRED G. MORIN; | ) ) ) ) ) |
|     Defendants. | ) ) |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their undersigned attorney and, pursuant to Civil Rule 41(a)(1)(A)(ii) of the Maine's Federal Rules of Civil Procedure, stipulate to a dismissal of this action with prejudice and without payment of costs by either party.

                Respectfully Submitted:

DATED: June 7, 2016          /s/ Maria Fox, Esq.
                                      Maria Fox – Bar No. 9957
                                      Counsel for Plaintiff Dennis Picard
                                      MITTELASEN, LLC
                                      85 Exchange Street, 4th Floor
                                      Portland, ME 04101
                                      mfox@mittelasen.com

DATED: June 7, 2016          /s/ Peter T. Marchesi, Esq.
                                        Peter T. Marchesi, Esq.
                                        Counsel for Defendants
                                        Wheeler & Arey, P.A.
                                        27 Temple Street, P.O. Box 376
                                        Waterville, ME 04903-0376
                                        peter@wheelerlegal.com

## **CERTIFICATE OF SERVICE**

I, Maria Fox, Esq., attorney for Plaintiff, hereby certify that this Stipulation of Dismissal has been served this day on Defendants by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Peter T. Marchesi, Esq. - peter@wheelerlegal.com

DATED: June 7, 2016          /s/ Maria Fox, Esq.
                                         Maria Fox – Bar No. 9957
                                         Counsel for Plaintiff Dennis Picard

                                           MITTELASEN, LLC
                                           85 Exchange Street, 4th Floor
                                           Portland, ME 04101
                                           (207) 775-3101
                                           (207) 871-0683 (fax)
                                           mfox@mittelasen.com